UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM PHOTINOS,

    Plaintiff,

v.                                      Case No:   2:13-cv-758-FtM-38UAM

ZIMMER, INC., ZIMMER
HOLDINGS, INC and ZIMMER
ORTHOPAEDIC SURGICAL
PRODUCTS, INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings (Doc. #12) filed on December 16, 2013.  The Parties seek to stay all proceedings pending transfer and coordination of this action with the Multidistrict Litigation case in the Northern District of Illinois concerning other artificial knee implant cases.  Upon review, the relief will be granted for a period of time to allow a decision of the JPML regarding transfer.

Accordingly, it is now

**ORDERED:**

The Parties' Joint Motion to Stay Pending Transfer to Multidistrict Proceedings (Doc. #12) is **GRANTED** to the extent that the case is **stayed** for a period of **NINETY (90) DAYS** from the date of this Order.  If the case is not otherwise transferred within this time period, the Parties may seek to continue the stay upon expiration of the time period.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record